UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GABRIEL KLEINPETER AND WADE ESTEVE | CIVIL ACTION |
| VERSUS | |
| TYRONE KILBOURNE AND WARDEN STEVEN RADAR, et al. | NO. 13-357-JWD-RLB |

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated January 6, 2015, to which no objection was filed:

**IT IS ORDERED** that Defendant's Motion to Dismiss (R. Doc. 38) be **GRANTED** and that Plaintiffs' claims against Warden Steven Radar be **DISMISSED with prejudice**.

Signed in Baton Rouge, Louisiana, on January 26, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**