0709 - retaliation for filing ARP

KB

BC 12-911 complaint Kleinpeter retaliation

**DIXON CORRECTIONAL INSTITUTE**
**5568 Hwy. 68**
**Jackson, Louisiana 70748**

RECEIVED
JAN 2 AM 2013
Warden's Office

**THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY**

DCI-13-9

Gabriel Kleinpeter
**OFFENDER'S NAME**

12/21/12 also 12/17/12
**DATE OF INCIDENT**

520898 CB/3 C-8
**D.O.C NUMBER** **DORM**

CB13 C-8
**PLACE OF INCIDENT**

Idle
**JOB ASSIGNMENT**

4:50pm
**TIME OF INCIDENT**

***************************************************************************************

**DESCRIBE THE NATURE OF YOUR COMPLAINT FACTS / WHO / WHAT / WHEN / WHERE / HOW**

On 12/17/12 Major Moore was making his rounds & stopped by my cell. Major Moore stated to me "Kleinpeter get ready for a legal call-out." I got up and got dressed. About 30 minutes later Sgt. Wiley came to my cell and asked me if I would like to make a legal call and if so come on lets go. He then cuffed me and shackled me. When I walked into the lobby Lt. Northworthy told me to follow him into his office. After getting into his office Lt. Northworthy pulled some papers out of his desk. He then stated to me Kleinpeter what do you want to do about this ARP?" I asked him what did he mean and he said "just drop the shid and let it go. It's over with Kleinpeter, two of my officers got fired you ain't going to get nothing from this. This won't go no further than where it's already at" I then stated to Lt. Northsworthy that I did not wish to drop my ARP. Lt Northsworthy then stated to me "it's only going to get worst from this point, Kleinpeter every chance these people see to fuck over you they're going to take it. I personally don't like the fact that you are making me do all this work." I then asked to be placed back into my cell. Sgt Wiely walked me to my cell. Later in the week on 12-21-12, Lt Northsworthy came to my cell early in the morning and told me to pack my things I was going in the cell w/ John Pittman I informed Lt. Northsworthy that myself and Col Bell spoke on this issue already and Col Bell told me I had nothing to worry about. I would not be moved into the cell w/ John Pittman on the account that

**RELIEF REQUESTED**

1) $100,000.00 for pain, suffering, mental anguish, rights being violated & fear for my life
2) To be moved from DCI.
3) These write ups be removed from my jacket & all things took as out of these write ups be replaced.
4) That these officers be released from their duties as correctional officers on account of malfeasance of office

**I AM REQUESTING THAT THIS FORM BE USED TO ENTER MY COMPLAINT INTO THE ADMINISTRATIVE REMEDY PROCEDURE**

ADDRESS TO WARDEN'S OFFICE Gabriel Kleinpeter 520898 CB/3 C-8
OFFENDER'S NAME D.O.C. NUMBER DORM

**ATTACHMENT 2**

he was trying to get me to perticipate in homosexual acts and had just got a rape charge from Charles Lacroix. Lt. Northsworthy then stated to me "Kleinpeter, you still want to play games huh? That's OK, you will get whats comming to you" and then walked off. Later that day my cell mate Rodney Thompson #386251 was passing a ciggerette out the cell to our neighbor Darius Johnson #541513 when Sgt. White walked onto the tier. Sgt. White walked to my cell and stated "you passing shit huh Kleinpeter". I told Sgt. White you got us bad that was not me. Sgt. White then stated to me "you want to play games huh? you know you ain't fucking built like that hold up I got you". Sgt White walked off the tier and came back with Lt. Northsworthy and Sgt. Jackson. They cuffed us, shackled us and brung us in the hall while Sgt. White and Sgt. Jackson shook down our cell. Lt. Northsworthy brung us to the shower one at a time to strip search us. While Sgt. White and Sgt. Jackson was in my cell shaking it down Sgt White come out his pocket with some ciggerettes and a lighter. At this time I asked Sgt. White what was he going to do with that and he stated to me "it's yours you tell me". Sgt. White began to read some off my legal documents and asking me questions about people in my case, at this time I told Sgt. White it was none of his buisiness about my legal documents he was not suppose to be reading my legal documents & that I had nothing else to tell him at this time. Lt. Northsworthy brung me off the tier into the lobby & told me to keep my mouth shut or I would get the fuck beat

out me again. He then asked me did I understand & I told him yes. Rodney Thompson & myself was place back into our cell. About ten minutes later Sgt. White come in front of my cell & asked me if him & I had any problems. I told Sgt. White I had nothing to talk to him about. Sgt. White then stated to me, "Oh, so you ain't going to apologize for lieing to me about the ciggerettes?". I told him that the fifth abmendment was my right & I had nothing else to say. Sgt. White left off the tier then come back w/ Lt. Northsworthy & Sgt. Jackson & another Sgt. Lt. Northsworthy had a can of pepper spray in his left hand & told me to come up to the Chicken wire I asked Lt. Northsworthy was he going to spray me he then stated to me "oh yea your about to get your issue" And then he begin to spray me! Lt. Northsworthy told me to apologize to Sgt. White & I stated I would not. He then sprayed me again & I complied w/ his order. After I apologized to Sgt. White for doing nothing Lt. Northsworthy ask Sgt. White had he heard my apology, Sgt. White stated that he had not & Lt. Northsworthy begin to spray me again untill I once again apologized to Sgt. White for something I had not done. After being sprayed, I was cuffed & brung to the shower. Nurse Wayne seen me. After Nurse Wayne left, Lt. Northsworthy come to the shower & sprayed me again. He then turned the fan on & stated to me "listen to me Kleinpeter & listen to me good let dead horses lie. It could be alot worse then this. I could strap you down on D-tein on 4 point suicide watch. You know

mental health runs this shit. Now go back to your cell & when my officer asked you something you answer him. Do you fucking understand me?" I told him yes & was brung back to my cell. I feel as if this was an act of retaliation against me for the ARP I filled on 10/28/12 on this shift. D.O.C. regulations require that video to be initiated prior to any inmate being sprayed w/ any Chemical agent. This requirment was not met. Once again, I feel like my life is in danger around this shift & these officers & also my outdate as well. I feel like Lt. Northsworthy & his officers will contince to harass me as long as alowed. Its against my Constintutional rights to use force to make me talk, I was also threatnend w/ mental health observation. I'm asking that this be documented into my ARP file from 10/28/12 & that O.C.I. help me w/ this issue. I'm scared for my life around this officers. I also obtained 2 write ups from this matter. I'm ready to go on to the 2nd step & I'm prepared to go all this way through to the Judicial Court system it need be

End of Report