BOBBY JINDAL
GOVERNOR

JAMES M. LE BLANC
SECRETARY

# State of Louisiana

Department of Public Safety and Corrections
Dixon Correctional Institute

Certification of Records
*******************

Medical Records
Dixon Correctional Institution
Jackson, Louisiana
East Feliciana Parish

RE: Gabriel Kleinpeter
DOC # 520898

To Whom It May Concern:

This is to certify that the attached is a true and complete copy of the medical records described in your request. These records were prepared by the personnel of this facility, medical staff members, or persons acting under the control of either, in the ordinary course of this facility's business. These copies were prepared by the personnel of Dixon Correctional Institute.

2/24/14
DATE

Amanda D. Sagely
Amanda D. Sagely #132299

Post Office Box 788 • Jackson, Louisiana 70748 • (225) 634-1200 • Fax (225) 634-6229
www.doc.la.gov
An Equal Opportunity Employer

ATTACHMENT 2

Kleinpeter, Gabriel (MR # 1000565438)

**Scrotum and Contents (Radiology)** Status. **Final resı**

**Study Result**

30 year old male with painful lt hydrocele. Last imaged in Jan. 2013. Patient states more painful and larger.
TGABRI: STUBBERFIELD, THERESA
Clinical History

Hydrocele

608.9

Technique
EXAMINATION PERFORMED: SONOGRAM OF TESTES WITH DOPPLER.

Comparison
1-2-13

Findings

The RIGHT TESTIS is normal in size and texture, with no significant microcalcifications.
No intratesticular masses are noted.
The overall architecture of the testis is normal.
The vascularity of the testis is normal; there is no evidence of torsion.
No structural abnormalities are seen in the RIGHT EPIDIDYMIS.
Moderate-sized varicocele are seen.
Small volume of intrascrotal fluid is seen.
The skin thickness of the hemiscrotum is normal.

The LEFT TESTIS is normal in size and texture, with no significant microcalcifications.
No intratesticular masses are noted.
The overall architecture of the testis is normal.
The vascularity of the testis is normal; there is no evidence of torsion.
No structural abnormalities are seen in the LEFT EPIDIDYMIS.
Moderate-sized varicocele are seen.
Small volume of intrascrotal fluid is seen.
The skin thickness of the hemiscrotum is normal.

Impression
Bilateral varicoceles, left greater than right. Small volume of intrascrotal fluid bilaterally, unchanged.

**Imaging**

Scrotum and Contents (Radiology) (Order #25512692) on 6/7/2013 - Imaging Information

**Result History**

US TESTES / SCROTUM (Order#25512692) on 6/7/13 - Order Result History Report.

**Signed by**

| Signed | Date/Time | Phone | Pag |
|---|---|---|---|
| SPIELER, BRADLEY MATTHEW | 6/07/2013 10:12 | 504-903-3000 | 504 |

**Exam Information**

Exam Exam

Kleinpeter, Gabriel (MR # 1000565438) Printed by Jackie C Hughes [JHUGH1] at 6/10/13 8:1·

5 20898 ~~24508~~



Kleinpeter, Gabriel (MR # 1000565438)

**result**
**John David Couk, MD**

Sent: Sat March 16, 2013 10:55 AM
To: Jackie C Hughes
Cc: Generic Provider Doc - Dci

**Message**

Please inform your provider of this result.
Thank you

----- Message -----
From: External Ris In Edi
Sent: 3/15/2013 10:13 AM
To: John David Couk, MD

```
   From: John David Couk, MD
   Sent: Saturday March 16, 2013  10:55 AM
     To: Jackie C Hughes
     CC: Generic Provider Doc - Dci
Subject: result

    Message:

     Please inform your provider of this result.
     Thank you

     ----- Message -----
        From: External Ris In Edi
        Sent: 3/15/2013  10:13 AM
          To: John David Couk, MD
```

**CT Enterogram** Status: Final result MyChart: Not Released Dx: Regional enteritis of unspecified site

**Result Narrative**

```
Offender with Crohns Disease.  Is to have CT enterography per order of Dr.
Landreneau in TM.  Ordering: RHARDE: CARTER, ROSELYN
Clinical History
Crohn's Disease

Technique
Negative oral contrast was administered 45, 30, and 15 minutes before
the study. Contiguous axial images reconstructed in 2.5 mm slices
were obtained from the lower thorax to the upper thighs 70 seconds
```



NW 5/20/13

Kleinpeter, Gabriel (MR # 1000565438)

and 4 minutes after intravenous administration of iodinated contrast. Coronal and sagittal reformatted images of both data sets were created with postprocessing software.

Comparison
04/17/2012.

Findings
LOWER THORAX: Normal.

HEPATOBILIARY: No focal hepatic lesions. No biliary ductal dilatation.
SPLEEN: No splenomegaly.
PANCREAS: No focal masses or ductal dilatation.

ADRENALS: No adrenal nodules.
KIDNEYS/URETERS: No hydronephrosis, stones, or solid mass lesion S.
PELVIC ORGANS/BLADDER: The prostate is mildly enlarged and there is a tiny trace amount of free fluid in the pelvis. Small amount of hazy density is seen in the omental fat in the left upper quadrant.

PERITONEUM / RETROPERITONEUM: Lymph node dissection clips are seen in the right lower quadrant.
LYMPH NODES: No lymphadenopathy.
VESSELS: Unremarkable.

GI TRACT: No distention or wall thickening. Surgical staples or sutures are seen in the region of the ascending colon. There is no definite thickening of the descending colon. There is mild hazy stranding in the overlying fat in

BONES AND SOFT TISSUES: Mild curvature is seen of the spine

Impression
No evidence Of abnormal bowel wall thickening. There is however mild hazy density in the omental fat anterior to the descending colon which may represent a component of mild inflammation.

Order Details | View Encounter | Lab and Collection Details | Routing | Result History

Specimen Collected: 03/13/13 12:18 PM | Last Resulted: 03/15/13 10:13 AM

## Other Results from 3/13/2013

**Creatinine, serum** Status: Final result MyChart: Not Released

| Value | Range |
|---|---|
| | 0.70 - 1.40 MG/DL |



5/30/13

Kleinpeter, Gabriel (MR # 1000565438)

| | | |
|---|---|---|
| **Creatinine** | 1.00 | |
| **GFR MDRD Af Amer** | >60 | >59 mL/MIN |
| **GFR MDRD Non Af Amer** | >60 | >59 mL/MIN |

Resulting Agency HCSD SUNQUEST

Order Details View Encounter Lab and Collection Details Routing Result History

Specimen Collected: 03/13/13 9:07 AM Last Resulted: 03/13/13 10:19 AM

Kleinpeter, Gabriel (MR # 1000565438) Printed by Jackie C Hughes [JHUGH1] at 3/21/13 10:51 AM

Form HC-01-A
14 September 2009

**Health Care Request Form**

Institution: DCI

| Name | DOC # | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Gabriel Kleinpeter | 520898 | 25 | CB/B D-5 | Idle. |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** My testicals is still hurting very bad. Please help me!

**Healthcare Personnel Screening:** Date: 5/20/13 Time: 11:50 am Location Seen: CBD

(Circle One): Emergency / **Routine Sick Call** / Work Related Allergies: Benadryl / Dimetap

B/P 126/82 Pulse 76. Resp 20 Temp 98.0 Other

**Assessment/Comment:** Remains c̄ b.lat scrotum tenderness s̄ blunt trauma. w/o diagnoses c̄ small hydrocele. seen by MD Fowlkes on 5/5/13 & acute & since that time. Request labs ordered. Awaiting test to be done. Relief c̄ ultram, Ibuprofen or any alternative to Ultram. Pt seen in urology telemed 4/1/13. Advised offender of findings. Pt verbalizes understanding.

**Disposition:**
F/u p̄ repeat scrotal ultrasound
RSC s/s worsen / persist

**Health Care Practitioner Notes:**

**New Medications Ordered:**

**Total #:** Ø

Screener's Signature: [signature]

HCP's Signature: [signature] Bruce MD Date: 5/24

☒ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ Ø Total: $ Ø

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Offender Signature | DOC # | Date | Witness Signature |
|---|---|---|---|
| Gabriel Kleinpeter [signature] | 520898 | 5/20/13 | [signature] |

Original - Offender's Medical Record Yellow - Business Office Pink - Offender's Copy

Form HC-01-A
14 September 2009

**Health Care Request Form** Institution DCI

Name: Gabriel Kleinpeter | DOC #: 520??? | Age: 25 | Housing: CBB D#5 | Job Assignment: Idle

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** my testicals are in extreme pain. please help!

**Healthcare Personnel Screening:** Date: 5/15/13 Time: 11⁴⁹pm Location Seen: CBB

(Circle One): Emergency / Routine Sick Call / Work Related Allergies: Benadryl / Dimetapp

B/P 120/70 Pulse 60 Resp 16 Temp 97.8 Other ______

Assessment/Comment: PT CONTINUES TO c/o TESTICULAR PAIN x SEVERAL MONTHS. PT SEEN BY DR FOWLKES ON 5/5/13 FOR SAME. PT REPORTS Ø RELIEF c̄ IBU, Ø PROBLEMS URINATING PER PT. PT REQUEST STRONGER PAIN MED THAN IBU. INFORM PT HE WOULD HAVE TO SEE DR TARVER. Pt DX c̄ HYDROCELE PER DR FOWLKES / RECOMMENDS REPEAT SCROTAL U/S.

**Disposition:**
PT PLACED ON CHART CHECK FOR MD TARVER

RSC IF S/S PERSIST OR WORSEN

**New Medications Ordered:** Ø

**Total #:** Ø

**Screener's Signature:** [signature]

**Health Care Practitioner Notes:**

**HCP's Signature:** [signature] M.D. **Date:** 5/14

☐ No Fees ☒ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ Ø Total: $ 3⁰⁰/xx

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Offender Signature: Gabriel Kleinpeter | DOC #: 520??? | Date: 5/15/13 | Witness Signature: [signature]

Original - Offender's Medical Record Yellow - Business Office Pink - Offender's Copy

C-20-56

# MEDICAL PROGRESS NOTES

## DATE AND SIGN ALL NOTES

5/2/13 MD callout: Scrotal Pain
Gen. T-97, BP-132/75, HR-56, R-18, Pox-97;

24 y/o ♂ h/o Crohn's Dz has been refusing Humira due to decreased appetite while on meds.
Pain in scrotum since last October when he was kicked in scrotum.
Had U/S January 2013 → small hydrocele. Seen in TELE Med Urology → 4/1/13 → reassurance only unless it enlarges. Pt states getting larger.

Healthy W ♂ - NAD — (L) scrotum larger than (R)
RRR — no discrete mass
CTA — (+) scrotal tenderness
S1 NT/ND — small amount of bruising

Assessment: Hydrocele
Plan: 1) Repeat scrotal U/S
a) Chart ✓ to MD → If larger, refer back to urology for sooner appt
2) Heating pads nightly to scrotum
3) Ultram 50 mg PO q HS x 5 days

Fowler

noted 5-5-13

5/29/13 8:45 am Offender seen @ ILH EDC clinic R/T MDTD clinic 5/31/13 for EGD & colonoscopy

NAME: [illegible] NO. 530898 DORM:

| | |
|---|---|
| **Patient Name:** Gabriel Kleinpeter | **MRN:** 98289577 (MCLNO) |
| **Age:** 24 Years (5/10/1988) | **Gender:** Male |

**Radiology**

**MCLNO - Medical Center of LA NO**
**2021 Perdido St**
**New Orleans LA 70112**

**Share Result**

| | | | |
|---|---|---|---|
| **Ordering Physician:** | Couk, John David | **Order Date:** | 01/02/2013 08:51:20 |
| **Interpreting Physician:** | MORIN, MICHAEL JOSEPH | **Performed Date:** | 01/02/2013 11:30 |
| **Priority:** | R | **Result Date:** | 01/02/2013 13:07 |
| **Report Status:** | Final | | |
| **Test Type:** | US SCROTUM CONTENTS | | |

View Image

Clinical History
scrotal pain

Technique
Scrotal ultrasound. Images were obtained in grayscale and color, with Doppler interrogation.

Comparison
There are no prior studies available for direct comparison.

Findings
The RIGHT TESTIS is normal in size and texture, with no significant microcalcifications.
No intratesticular masses are noted.
The overall architecture of the testis is normal.
The vascularity of the testis is normal; there is no evidence of torsion.
No structural abnormalities are seen in the RIGHT EPIDIDYMIS.
There is no evidence of a significant varicocele.
No significant intrascrotal fluid is seen.
The skin thickness of the hemiscrotum is normal.

The LEFT TESTIS is normal in size and texture, with no significant microcalcifications.
No intratesticular masses are noted.
The overall architecture of the testis is normal.
The vascularity of the testis is normal; there is no evidence of torsion.
No structural abnormalities are seen in the LEFT EPIDIDYMIS.
There is no evidence of a significant varicocele.
Mild amount of simple left-sided hydrocele.
The skin thickness of the hemiscrotum is normal.

Impression
Small Simple left-sided hydrocele otherwise normal examination.

| Diagnosis Code | Description |
|---|---|

| | |
|---|---|
| 608.9 | Unspecified Disorder Of Male Genital Organs |

Kleinpeter, Gabriel (MR # 1000565438) Encounter Date: 03/28/2013

**Gabriel Kleinpeter**
**3/28/2013 1:30 PM Office Visit**
**MRN: 1000565438**

Description: **24 year old male**
Provider: **Harold Anthony Fuselier, MD, MD**
Department: **Ilh Urology - Lsu**

**Communicate** Ask a Question

**Diagnoses**

**Hydrocele** - Primary
603.9
**Testalgia**
608.9

**Diagnoses**

Visit Diagnosis Changes
Added 603.9F by (HFUSEL), Thu Mar 28, 2013 1:31 PM
603.9F marked as Primary Diagnosis by (HFUSEL), Thu Mar 28, 2013 1:31 PM
Added 608.9CN by (HFUSEL), Thu Mar 28, 2013 1:31 PM

**Vitals Last Taken By:**

**Progress Notes**

**Harold Anthony Fuselier, MD, MD** Physician 3/28/2013 2:43 PM Signed
24 y/o with hx of kick to scrotum in Oct 12 with subsequent swelling and discoloration and pain. Scrotal u/s in Jan. Revealed nl testis with mild amt of fluid around Left testis. He states the testalgia persists and no relief with Motrin. There is still discoloration.

Assesssment: Left Hydrocele, Small

PLAN: Reassurance May take another 6 months to resolve; If it substantially increases in size, will repeat scrotal u/s.

4-1-13 ... 5/5/13

**Level of Service**

**LSU GENERIC NO CHARGE LOS [99210]**

**Follow-up and Disposition**

Return if symptoms worsen or fail to improve.

**Other Charges**

| Charge ID | Procedure Code | Description | Qty. | Modifiers | Charge Entry User | Diagnosis |
|---|---|---|---|---|---|---|
| 14845795 | 99210 | LSU GENERIC NO CHARGE LOS | 1 | | Harold Anthony Fuselier, MD | Hydrocele, unspecified; Unspecified disorder of male genital organs |

**Encounter Status**

Closed by Harold Anthony Fuselier, MD on 3/28/13 at 2:43 PM

**Referring Provider**

**Generic Provider Doc - Dcl**

**All Charges for This Encounter**

Kleinpeter, Gabriel (MR # 1000565438) Printed by Landon W Blades [LBLADE] at 4/1/13 8:53 AM

**Kleinpeter, Gabriel (MR # 1000565438)** **Encounter Date: 03/28/2013**

| Code | Description | Service Date | Service Provider | Modifiers | Quantity |
|---|---|---|---|---|---|
| 99210 | LSU GENERIC NO CHARGE LOS | 3/28/2013 | Harold Anthony Fuselier, MD | | 1 |

**Other Encounter Related Information**

Allergies & Medications

Problem List

History

Patient-Entered Questionnaires

**Outstanding Order Tasks**

** None **

**Orders Needing Specimen Collection**

** None **

**Recent Review Flowsheet Data**

There is no flowsheet data to display.

Kleinpeter, Gabriel (MR # 1000565438) Printed by Landon W Blades [LBLADE] at 4/1/13 8:53 AM

C-20-56

# MEDICAL PROGRESS NOTES

## DATE AND SIGN ALL NOTES

1/12/13 MD callout - c/o stomach pain.
Sym-WT-160, T-97.7, B/P-107/69, P-88, R-18, Pox-98%.

Pt c̄ long h/o Crohn's Dz. Now on Humira biweekly. Some improvement in sx's. 1-2 BM's/day. ↓ pain. Occasional blood. ↑ flatulence. ↓ appetite. States still losing wt.
Seen by GI telemed in 11/12. Was supposed to have ↑ month f/u. Rec'd EGD/C-scope and imaging
NAD AAOx3 [redacted] NC/AT
RRR ØMRG
CTA(B) ØWRC
⊕BS/soft/ND/NT
ØC/C/C
Crohn's: f/u c̄ GI Telemed
Chart review to Tavet
Bene-protein TID c̄ meals x 6 months

Doyé 1.12.13

noted
1-17-13
9:20 hr

1/15/13 8:00p Jackie - please check off-site records/tests; Pt had trip 1/2/13, note in chart shows he had CT at EKL - not found in CLIQ; however, in CLIQ found results of scrotal u/s at ILH on 1/2/13 but no CT; in EPIC, no CT report found; looks like denied(?). Per SOMET GI note 11/28/12 need CT enterography proper

NAME: Gabriel Kleinpeter NO. 505808 DORM:

1/17/13 11:30

Form HC-01-A
14 September 2009

**Health Care Request Form**

Institution ____

Name: Gabriel Kleinpeter | DOC #: 520898 | Age: 24 | Housing: B/B D-12 | Job Assignment: Idle.

**OFFENDER COMPLETE THIS SECTION ONLY – COMPLAINT AND/OR REQUEST:** my stomach hurts, can't hold nothing down, loss apetite & lousing weight.

Please Help!

**Healthcare Personnel Screening:** Date: 1/8/13 Time: 1:21 Location Seen: CB3

(Circle One): Emergency / Routine Sick Call / Work Related Allergies: Benadryl / Dilantin

B/P 128/76 Pulse 72 Resp 20 Temp 98.6 Other ____

**Assessment/Comment:** Remains generalized ABD pain ō nausea / decreased appetite and weight loss. Weight loss approx 6 lbs since 12/26/2012. Ø outward s/s dehydration/malnutrition. Abd soft/nontender (+) sounds all 4 quads. Ø emesis @ time of assessment. Hx Crohn's disease. Awaiting F/u ō GI. Received Humira @ 2 weeks. Awaiting F/u ō GI. Awaiting EGD / Colonoscopy
Current weight 175#

**Disposition:**
F/u ō GI as ordered
RSC s/s worsen

**New Medications Ordered:**
Ø

**Total #:** Ø

**Screener's Signature:**

**Health Care Practitioner Notes:**

**HCP's Signature:** [signature] **Date:** 1/12/13

☒ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ Ø Total: $ Ø

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Offender Signature: [signature] | DOC #: 520898 | Date: 1/8/13 | Witness Signature: [signature]

Original - Offender's Medical Record Yellow - Business Office Pink - Offender's Copy

C-20-56

# MEDICAL PROGRESS NOTES

**DATE AND SIGN ALL NOTES**

1/3/12 7:45am Offender had CTA [illegible] yesterday. will obtain results — [illegible]

[illegible signature]

[illegible] 1.12.13

**NAME:** Gabriel Kleinpeter **NO.** 520898 **DORM:** Ext

Form HC-01-A
14 September 2009

**Health Care Request Form** Institution XCI

| Name | DOC # | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Gabriel Kleinpeter | 520898 | 24 | C3/B-D-12 | Idle |

**OFFENDER COMPLETE THIS SECTION ONLY – COMPLAINT AND/OR REQUEST:** I'm having a flare up with my stomach. No appitite, cant hold food or water down. In pain, loosing weight / vision problems, have trouble seeing.

**Healthcare Personnel Screening:** Date: 1/3/13 Time: 11:05 am Location Seen: C3-3

(Circle One): Emergency / Routine Sick Call / Work Related Allergies: Demerol / Benadryl

B/P 132/76 Pulse 68 Resp 20 Temp 98.0 Other

**Assessment/Comment:** Crohn's "flare up" s/s decreased appetite [illegible] nausea/vomiting / diarrhea x 1 wk. Abd soft [illegible] tender to palpation (+) BS, All 4 quads. [illegible] s/s dehydration/ malnutrition. [illegible] / diarrhea @ time of assessment. Diagnosis Crohn's 2007 Receives Humira injection @ 2 weeks. Compliance noted. F/u c GI telemed 1/28/13 Awaiting F/u c GI. Also request to see eye md. chronic vision deficits noted [illegible] & foreign body detection. Wears corrective lenses in free world.

**Disposition:**
Eye md referral
Consult c infectious disease
nurse regarding GI F/u
RSC s/s worsen / pers st

**New Medications Ordered:** Ø

Total #: Ø

Screener's Signature: [signature]

**Health Care Practitioner Notes:**

HCP's Signature: [signature] Date: 1/7/13

☐ No Fees ☒ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ Ø Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Offender Signature | DOC # | Date | Witness Signature |
|---|---|---|---|
| Gabriel Kleinpeter | 520898 | 1/3/13 | [signature] |

Original - Offender's Medical Record Yellow - Business Office Pink - Offender's Copy

Form HC-01-A
14 September 2009

**Health Care Request Form** Institution DCI

| Name | DOC # | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Gabriel Klingpfer | 520898 | 24 | 1315/C-8 | Fd/E |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

Swelling in lower Area, it hurts bad.

**Healthcare Personnel Screening:** Date: 12/20/12 Time: 12:49 pm Location Seen: CB3

(Circle One): Emergency / Routine Sick Call / Work Related Allergies: ______

B/P 126/74 Pulse 78 Resp 20 Temp 98.0 Other ______

**Assessment/Comment:** [illegible handwritten assessment]

**Disposition:**

[illegible handwriting] 12/21/12
[illegible handwriting]

**New Medications Ordered:**

Ø

Total #: Ø

Screener's Signature: [signature]

**Health Care Practitioner Notes:**

HCP's Signature: [signature] Date: 12/21/12

☒ No Fees ☐ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ Ø Total: $ Ø

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Offender Signature | DOC # | Date | Witness Signature |
|---|---|---|---|
| Gabriel Klingpfer | 520898 | 12/20/12 | [signature] |

Original - Offender's Medical Record Yellow - Business Office Pink - Offender's Copy

C-20-56

# MEDICAL PROGRESS NOTES

DATE AND SIGN ALL NOTES

12/21/12 5:00pm [illegible] call out scrotal pain
8:33am T-96.6 , BP-110/73 , hr-61 , R-18 , Pox-100%
24 y/o wM with Crohn's disease presents due to scrotal pain.
states pain started 2 1/2-3 months ago after some kicked
him in the scrotum. states mild improvement in pain until
3 wks ago. states TTP noted. Ø fever, chills, N/V, penile discharge.
VTs stable. CTAB Ø 4C/e.
AAox3 NAD RRR GU exam: TTP at Ⓡ testicle and
EOMI, MMM. ⊕BS, soft, NT, ND epididymis. Ø discharge.
A/P: Ⓡ Testicular pain; possibly 2/2 trauma with residual
pain. will treat empirically for STD (chlam, dia and Neisseria)
with Rocephin 125 mg IM x 1 dose and Zmax 1 gram
PO x 1 dose. will get U/S scrotum. Urology referral.
Cody Fontenot M.D.

Noted 12-21-12 0:16 AM [signature]

NAME: Gabriel Klingerber   NO.: 520898   DORM: CBB

Form HC-01-A
14 September 2009

**Health Care Request Form** Institution DCI

Gabriel Kleinpeter 520898 24 CB/B C-8 Idle
Name DOC # Age Housing Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY – COMPLAINT AND/OR REQUEST:** my testicals hurt very bad. I have a lump on the right one. It hurts to walk or even touch them. I think it is a cause from the incident that took place on 10/28/12.

**Healthcare Personnel Screening:** Date: 12/18/12 Time: 10:20pm Location Seen: [illegible]

(Circle One): Emergency / Routine Sick Call / Work Related Allergies: NKDA

B/P ______ Pulse ______ Resp ______ Temp ______ Other ______

**Assessment/Comment:** C/o testicular [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] C/o [illegible]

**Disposition:** Dr. to evaluate testicle [illegible] request [illegible] ordered

**New Medications Ordered:**

Total #: ______

Screener's Signature: Eddie T [illegible]

**Health Care Practitioner Notes:**

MD visit

HCP's Signature: [signature] Miller Date: 12/20/12

☐ No Fees ☒ $3 Access Fee ☐ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ ______ Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Gabriel Kleinpeter 520898 12/13/12 Eddie T [illegible]
Offender Signature DOC # Date Witness Signature

Original - Offender's Medical Record Yellow - Business Office Pink - Offender's Copy

Gabriel Klemmpetis

**DIXON CORRECTIONAL INSTITUTE**
**MEDICAL DEPARTMENT**

The below listed offender received: Athletic Supporter Male

on this date: 10-31-12

Gabriel Klemmpeter
OFFENDER'S SIGNATURE

520898
DOC #

Edith T.
WITNESS
Awkate [illegible] 10/31/12 10:25pm

J Forbes
11/6/12

# DIXON CORRECTIONAL INSTITUTE

## REFUSAL TO ACCEPT MEDICAL CARE

DATE: 10|30|12

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

Gabriel Kleinpeter
Signature of Offender

Witness

Witness

I, Gabriel Kleinpeter, DOC# 520898, hereby refuse the following described medical attention:
MD callout on 10/30/12th 8:00 AM

Attending Physician 11/6/12

Distribution:
Medical Records

C-20-56

# MEDICAL PROGRESS NOTES

**DATE AND SIGN ALL NOTES**

10-30-12- MD/a/b4- Testicular Pain
↓ Refusal Signed. – [signature]

**NAME:** Gabriel Kleinpeter **NO.** 580848 **DORM:** LBA

**DIXON CORRECTIONAL INSTITUTE**
**URINE DIPSTICK RESULTS**

NAME: Gabriel Kleinpeter DOC#: 520898

DATE: 10/29/12 TIME: 730am

| | |
|---|---|
| URINE COLOR | (yellow) amber pink red maroon |
| APPEARANCE | (clear) cloudy turbid |
| SPECIFIC GRAVITY | 1.000 1.005 1.010 (1.015) 1.020 1.025 1.030 |
| PH | 5 (6) 7 8 9 |
| LEUKOCYTES | (negative) trace + ++ |
| NITRATE | (negative) positive |
| PROTEIN | (negative) trace + ++ +++ |
| GLUCOSE (mg/dl) | (normal) 50 100 250 500 1000 |
| KETONES | (negative) + ++ +++ |
| UROBILINOGEN (mg/dl) | (normal) 1 4 8 12 |
| BILIRUBIN | (negative) + ++ +++ |
| BLOOD | (negative) trace + ++ |

Provider Signature: [signature]

Physician Signature: [signature] 11/6/12

DATE: 10/28/12
TO: Security FROM: Medical
Please allow Gabriel Kleinpeter
DOC# 520898 DORM CBB
to go to the Infirmary/Captains office to see:

____ Medical Doctor ____ Nurse

____ Dentist ____ Other

INSTRUCTIONS: Allow offender to have icepack three x a day for 24hrs

MMBassett

Original - Medical Record NURSES SIGNATURE
Canary - Offender
Pink - Security

10/28/12 520pm
10/29/12 520pm

DATE: 10/28/12
TO: Security FROM: Medical
Please allow Gabriel Kleinpeter
DOC# 520898 DORM CBB
to go to the Infirmary/Captains office to see:

____ Medical Doctor ____ Nurse

____ Dentist X Other

INSTRUCTIONS: Xray 6 am 10/29/12

MMBassett

Original - Medical Record NURSES SIGNATURE
Canary - Offender
Pink - Security

DIXON CORRECTIONAL INSTITUTE
MEDICAL DEPARTMENT

DATE: 10/28/12 DECLARATION OF EMERGENCY TREATMENT:

Gabriel Kleinpeter DOC# 520898 DO HERBY DECLARE MYSELF AN EMERGENCY BECAUSE OF I was beat real bad by security - kicked in head, back, stomach & privates / Hurting really bad

MY CONDITION CANNOT WAIT FOR ROUTINE SICK CALL. I UNDERSTAND THAT IF THE MEDICAL STAFF FINDS THIS IS NOT AN EMERGENCY, I CAN BE WRITTEN UP FOR MALINGERING OR AGGRAVATED MALINGERING.

WITNESS

Gabriel Kleinpeter
INMATES SIGNATURE

WITNESS

Form HC-01-A
14 September 2009

**Health Care Request Form**

Institution: CCI

| Name | DOC # | Age | Housing | Job Assignment |
|---|---|---|---|---|
| Gabriel Klemmpeter | 520896 | 24 | CCB C-8 | Idle |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I was jumped on really back by the sgt.. I'm have problems breathing – my stomach hurts really bad. I was kicked in my privates, also my rectum. I was kicked in my head. Please Help Me!

**Healthcare Personnel Screening:** Date: 10/28/12 Time: 4pm 515pm Location Seen: CCB Infirmary

(Circle One): Emergency / Routine Sick Call / Work Related Allergies: Dimetapp / Benadryl

B/P 132/84 Pulse 83 Resp 18 Temp 97.9° Other

**Assessment/Comment:** Bed abrasion to (B) temporal area. Ø hematoma. Bruise (L) lower back / Hip area, abrasion to (L) rib cage. VS stable. BBS clear. Full ROM. c/o pain to (L) testicle. minimal swelling noted, pain to palpation. Offender unable to give urine specimen states he just urinated. Ambulation, MAE x 4, pupils equal / reactive to light. Resp even/unlabored. Laughing / talking c other offender Sgt. NAD noted. Offender ambulating out of infirmary without difficulty. [signature] Masselsien

**Disposition:**
Xray (L) Ribcage 10/29/12
Icepack to testicles tid x 24hrs
Just urinated unable to give urine specimen
on Naprosyn 500 mg tid – just took pm dose
Refer to MD for c/o testicular pain

**New Medications Ordered:**

Total #: Ø

**Health Care Practitioner Notes:**

Screener's Signature: [signature] Masselsien LPN HCP's Signature: [signature] Fowler Date: 11/6/12

☐ No Fees ☐ $3 Access Fee ☒ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ ____ Total: $ 6.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Offender Signature | DOC # | Date | Witness Signature |
|---|---|---|---|
| Gabriel Klemmpeter | 520896 | 10/28/12 | [signature] |

Original - Offender's Medical Record Yellow - Business Office Pink - Offender's Copy

M.W. Fa-Kouri, M.D.
J.A. Dela Bretonne, M.D.
R.D. Hanson, M.D.
D.P. Nussbaumer III, M.D.
T.A. DeMarn, M.D.
C.C. Wen, M.D.
R.A. Burris, M.D.
D.J. Hoff, M.D.
W.A. Gregoire, M.D.
S.T. Tsai, M.D.
J.D. Fletcher, M.D.
J.D. Sparks, M.D.
A.E. Alexander, M.D.
R.W. Miller, M.D.
J.A. DeMouy, M.D.
C.J. Aultman, M.D.
J.P. Harris, M.D.
R.M. Branstetter III, M.D.
J.B. Foreman, M.D.
J.A. Brown, M.D.
L.F. LoCascio Jr., M.D.
R.R. Newsome, Sr., M.D.
A.W. Harris, M.D.
C. Roberts, M.D.
J.S. Lawton, III, M.D.
J.A. Sage, M.D.
J.A. Grezaffi, M.D.
B. B. May, M.D.

NAME: KLEINPETER, GABRIEL
AGE: 5/10/88
REFERRING DR.: TARVER DIXON CORRECTIONAL INSTITUTE
FILM NO.: 520898
DATE: 10/29/12

RECEIVED
NOV 02 2012
MEDICAL DEPT

LEFT RIB SERIES, THREE VIEWS

**CLINICAL HISTORY:** Pain left rib cage after injury.

**FINDINGS:** PA view of the chest demonstrates the heart to be normal in size and the lungs are clear. The two rib views are underpenetrated limiting evaluation of bony detail. Left ribs as visualized appear intact.

**IMPRESSION:** No acute cardiopulmonary findings. Limited study. Left ribs appear intact.

**DICTATED BY:**

**Jeffrey A. DeMouy, M.D./mgd**
**October 30, 2012**
**INTERPRETATION ONLY**
**REPORT ELECTRONICALLY SIGNED**

D E: 10/28/12
TO: Security FROM: Medical
Please allow Gabriel Kleinpeter
DOC# 520898 DORM CBB
to go to the Infirmary/Captains office to see:

____ Medical Doctor ____ Nurse

____ Dentist ____ Other

INSTRUCTIONS: Allow offender to have icepack three Xaday for 24hrs

[signature]

Original -Medical Record NURSES SIGNATURE
Canary - Offender
Pink - Security

10/28/12 520pm
10/29/12 520pm

TE: 10/28/12
TO: Security FROM: Medical
Please allow Gabriel Kleinpeter
DOC# 520898 DORM CBB
to go to the Infirmary/Captains office to see:

____ Medical Doctor ____ Nurse

____ Dentist X Other

INSTRUCTIONS: Xray 10am 10/29/12

[signature]

Original -Medical Record NURSES SIGNATURE
Canary - Offender
Pink - Security

DIXON CORRECTIONAL INSTITUTE
MEDICAL DEPARTMENT

DATE: 10/28/12 DECLARATION OF EMERGENCY TREATMENT:

Gabriel Kleinpeter DOC# 520898 DO HERBY DECLARE
MYSELF AN EMERGENCY BECAUSE OF I was beat real bad by security - kicked in head, back, stomach & privates Hurting really bad

MY CONDITION CANNOT WAIT FOR ROUTINE SICK CALL. I UNDERSTAND THAT IF THE MEDICAL STAFF FINDS THIS IS NOT AN EMERGENCY, I CAN BE WRITTEN UP FOR MALINGERING OR AGGRAVATED MALINGERING.

WITNESS

Gabriel Kleinpeter
INMATES SIGNATURE

WITNESS

Form HC-01-A
14 September 2009

**Health Care Request Form**

Institution DCI

Name: Gabriel Kleinpeter | DOC #: 620898 | Age: 24 | Housing: CBC-8 | Job Assignment: Idle

**OFFENDER COMPLETE THIS SECTION ONLY – COMPLAINT AND/OR REQUEST:** I was jumped on really bad by the Sgt's. I'm have problems breathing – my stomach hurts really bad. I was kicked in my privates & my rectum. I was kicked in my head. Please Help Me!

**Healthcare Personnel Screening:** Date: 10/28/12 Time: 5:15pm Location Seen: CBC Unit

(Circle One): (Emergency) / Routine Sick Call / Work Related Allergies: Dimetapp / Benadryl

B/P 132/80 Pulse 83 Resp 18 Temp 97.9° Other

**Assessment/Comment:** Bed abrasion to (R) temporal area. ∅ hematoma. Bruise (L) lower back / hip area. Abrasion to (L) rib cage. VS stable. BBS clear. Full ROM. c/o pain to (L) testicle. Minimal swelling noted. Pain to palpation. Offender unable to give urine specimen. States he just urinated. Ambulatory MAE x4, pupils equal / reactive to light. Resp even / unlabored. Laughing / talking c other offender. NAD noted. Offender ambulating out of infirmary without difficulty. E. Massey LPN

**Disposition:** Xray (L) Ribcage 10/29/12. Icepack to testicles tid x 24hrs. Just urinated unable to give urine specimen. On Naprosyn 500 mg tid – just took pm dose.

**New Medications Ordered:** Refer to MD for c/o testicular pain

Total #: ∅

**Health Care Practitioner Notes:**

Screener's Signature: [signature] HCP's Signature: [signature] Date: 11/6/12

☐ No Fees ☐ $3 Access Fee ☒ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ ____ Total: $ 6.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Offender Signature: Gabriel Kleinpeter | DOC #: 520898 | Date: 10/28/12 | Witness Signature: [signature]

Original - Offender's Medical Record Yellow - Business Office Pink - Offender's Copy

M.W. Fa-Kouri, M.D. R.A. Burris, M.D. A.E. Alexander, M.D. J.B. Foreman, M.D. J.S. Lawton, III, M.D.
J.A. Dela Breloune, M.D. D.J. Hoff, M.D. R.W. Miller, M.D. J.A. Brown, M.D.
R.D. Hanson, M.D. W.A. Gregoire, M.D. J.A. DeMouy, M.D. L.F. LoCascio Jr., M.D. J.A. Sage, M.D.
D.P. Nassbaumer III, M.D. S.T. Tsai, M.D. C.J. Aultman, M.D. R.R. Newsome, Sr., M.D. J.A. Grezaffi, M.D.
T.A. DeMarx, M.D. J.D. Fletcher, M.D. J.P. Harris, M.D. A.W. Harris, M.D. R. R. May, M.D.
C.C. Wen, M.D. J.D. Sparks, M.D. R.M. Branstetter III, M.D. C. Roberts, M.D.

NAME: KLEINPETER, GABRIEL
AGE: 5/10/88
REFERRING DR.: TARVER DIXON CORRECTIONAL INSTITUTE
FILM NO.: 520898
DATE: 10/29/12

RECEIVED
NOV 02 2012
MEDICAL DEPT

<u>LEFT RIB SERIES, THREE VIEWS</u>

**CLINICAL HISTORY:** Pain left rib cage after injury.

**FINDINGS:** PA view of the chest demonstrates the heart to be normal in size and the lungs are clear. The two rib views are underpenetrated limiting evaluation of bony detail. Left ribs as visualized appear intact.

**IMPRESSION:** No acute cardiopulmonary findings. Limited study. Left ribs appear intact.

**DICTATED BY:**

**Jeffrey A. DeMouy, M.D./mgd**
**October 30, 2012**
**INTERPRETATION ONLY**
**REPORT ELECTRONICALLY SIGNED**

11/8/12

[redacted]